IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-cv-00598-M-RJ

| | |
|---|---|
| ELLIOT WESS JOHNSON,<br><br>  Plaintiff,<br><br>v.<br><br>KIDDE TECHNOLOGIES INC., A COLLINS AEROSPACE COMPANY,<br><br>  Defendant. | ORDER |

This matter comes before the court on Defendant's Motion to Dismiss for insufficient process and insufficient service of process. [DE 11]. Defendant alleges that it was improperly identified as "Collins Aerospace" in Plaintiff's complaint and that it was improperly served, thus depriving the court of personal jurisdiction over Defendant. *Id.* at 4–5. Plaintiff subsequently moved to amend his complaint. [DE 17]. This motion was granted on March 3, 2025, [DE 26], and the court directed the Clerk of Court to amend the docket to reflect that the defendant in this action is "Kidde Technologies Inc., a Collins Aerospace Company." *Id.* at 2. On March 12, 2025, an amended summons was issued [DE 27], and on March 28, 2025, service of process was returned as to Defendant. [DE 28]. On April 15, 2025, Defendant filed an answer to Plaintiff's complaint. [DE 29]. These developments have rendered moot the purported bases for dismissal raised by Defendant. Accordingly, the motion is DENIED AS MOOT.

SO ORDERED this 21st day of April, 2025.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE