| | | |
|---|---|---|
| ELLIOT WESS JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | 5:24-CV-598-BO-RJ |
| KIDDE TECHNOLOGIES, INC., | ) | |
| *a Collins Aerospace Company*, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by the Court.**

This cause comes before the Court on defendant's Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure [DE 36].

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion for summary judgment [DE 36] is GRANTED.

Judgment is entered in defendant's favor. This case is closed.

**This judgment filed and entered on May 26, 2026, and served on:**
Elliot Wess Johnson (via US Mail to 712 Short Spoon Circle, Rocky Mount, NC 27804)
Frederick Smith (via CM/ECF Notice of Electronic Filing)
Kyle Petersen (via CM/ECF Notice of Electronic Filing)
Ashely Rutherford (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

*Lindsay Storick*

May 26, 2026

By: Deputy Clerk