UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED

JUN 24 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

ELLIOTT WESS JOHNSON,    )
    )
    Plaintiff,    )
    )
v.    )    Case No. 5:24-cv-598-BO-RJ
    )
KIDDE TECHNOLOGIES, INC.,    )
a Collins Aerospace Company,    )
    )
    Defendant.

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff, Elliott Wess Johnson, proceeding pro se, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order Granting Defendant's Motion for Summary Judgment and the Final Judgment entered in this action on May 26, 2026.

This appeal is taken pursuant to 28 U.S.C. § 1291 and Rules 3 and 4 of the Federal Rules of Appellate Procedure.

Respectfully submitted this 24 day of June, 2026.

Elliott Wess Johnson
Plaintiff, Pro Se
712 Short Spoon Circle
Rocky Mount, NC 27804
Telephone: (757) 641-5339

Elliott W Johnson 6/24/2026

CERTIFICATE OF SERVICE

I hereby certify that on this _24_ day of June, 2026, I served a true and correct copy of the foregoing Notice of Appeal upon counsel for Defendant by depositing the same in the United States Mail, first-class postage prepaid, and/or by electronic mail as follows:

Ashly B. Rutherford, Esq.
SEYFARTH SHAW LLP
223 South Wacker Drive
Chicago, IL 60606

Email: abrutherford@seyfarth.com

Counsel for Defendant
Kidde Technologies, Inc.,
a Collins Aerospace Company

I declare under penalty of perjury that the foregoing is true and correct.

This the _24_ day of June, 2026.

Elliott Wess Johnson
Plaintiff, Pro Se
712 Short Spoon Circle
Rocky Mount, NC 27804
Telephone: (757) 641-5339

*Elliott W. Johnson — 6/24/2026*